

# THE THIRTEENTH COURT OF APPEALS

13-19-00443-CV

TEXAS DEPARTMENT OF PUBLIC SAFETY
AND STEVEN MCCRAW IN HIS OFFICIAL CAPACITY AS DIRECTOR OF
THE TEXAS DEPARTMENT OF PUBLIC SAFETY
v.
MARIA LUISA MEJIA SUNUC, INDIVIDUALLY
AND ON BEHALF OF THE ESTATE OF MARCOS ANTONIO CASTRO ESTRADA,
AND AS NEXT FRIEND TO L.M. AND H.M., MINORS, ET AL.

On Appeal from the
389th District Court of Hidalgo County, Texas
Trial Court Cause No. C-7532-14-H

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

February 3, 2022